**Jacob S. Gill,** OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Andrew T. Oliver**  (*pro hac vice* application pending)
Email: aoliver@ATWiplaw.com
AMIN, TUROCY & WATSON, LLP
160 West Santa Clara Street, Suite 975
San Jose, California 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

**Jenny W. Chen** (*pro hac vice* application expected)
Email: Jenny.Chen@ChenIPLaw.com
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358
Rueiguang Road
Neihu District, Taipei City  114
Taiwan (R.O.C.)
Telephone: +(886)-2-7721-8855
Facsimile: +(886)-2.-7721-8822

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., | Case No. 3:16-CV-01510-SI |
| Plaintiff, | |
| v. | **DEFENDANT PLANAR SYSTEMS, INC.'S DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1** |
| PLANAR SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Planar Systems, Inc. ("Planar" or "Defendant") states that it is a wholly-owned subsidiary of Leyard American Corporation, which is a wholly-owned subsidiary of Leyard (Hongkong) Co., Limited, which is a wholly-owned subsidiary of Leyard Optoelectronic Co., Ltd. (a Chinese publicly held corporation).

DATED this 23rd day of August, 2016.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Jacob S. Gill
    **Jacob S. Gill,** OSB No. 033238

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:  (503) 227-1600
Facsimile:  (503) 227-6840
Email:  jgill@stollberne.com

-And-

**Andrew T. Oliver** (*pro hac vice* application pending)
Email: aoliver@ATWiplaw.com
AMIN, TUROCY & WATSON, LLP
160 West Santa Clara Street, Suite 975
San Jose, California 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

**Jenny W. Chen** (*pro hac vice* application expected)
Email: Jenny.Chen@ChenIPLaw.com
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358
Rueiguang Road
Neihu District, Taipei City 114
Taiwan (R.O.C.)
Telephone: +(886)-2-7721-8855
Facsimile: +(886)-2.-7721-8822

**Attorneys for Defendant**

PAGE 2 - **DEFENDANT PLANAR SYSTEMS, INC.'S DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840