Jacob S. Gill, OSB No. 033238
jgill@stollberne.com
STOLL BERNE
209 S.W. Oak Street
Suite 500
Portland, Oregon 97204
Tel.: (503) 227-1600
Fax.: (503) 227-6840

Jenny W. Chen (*pro hac vice application expected*)
Jenny.Chen@ChenIPLaw.com
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Tel.: +886.2.7721.8855
Fax: +886.2.7721.8822

Andrew T. Oliver (*admitted pro hac vice*)
aoliver@ATWiplaw.com
AMIN, TUROCY & WATSON LLP
160 W. Santa Clara Street
Suite 975
San Jose, CA  95113
Tel:  (650) 618-6477

Attorneys for Defendant Planar Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., | Case No. 3:16-cv-01510-SI |
| Plaintiff, | **DECLARATION OF ANDREW T. OLIVER REGARDING ECF NO. 101** |
| v. | |
| PLANAR SYSTEMS, INC., | |
| Defendant. | |

I, Andrew T. Oliver, declare as follows:

1. I am over 18 years old and am counsel for Defendant Planar Systems, Inc. in this action.

2. The contents of this declaration are based on my own personal knowledge. If called to testify as a witness in this action, I could testify competently regarding the statements in this declaration.

3. I highlighted relevant portions of some of the exhibits to this declaration prior to attaching the exhibits to the declaration.

4. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions, dated October 26, 2014, excluding the claim charts.

5. Attached hereto as Exhibit 2 is a true and correct copy of a document titled Infringement Chart for the Planar Dual Monitor Stand, which is an attachment to Exhibit 1, dated October 26, 2014.

6. Attached hereto as Exhibit 3 is a true and correct copy of Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE39,978 and 8,102,331, dated Sept. 28, 2015, with exhibits 9-14 attached and the remainder of the exhibits removed.

7. On September 30, 2015, after receiving Exhibit 3, I wrote an email to counsel for Mass Engineered Design, Inc. informing them, among other things, that Planar planned to move to strike at least the portions of Exhibit 3 related to the altered analysis of the function-way-result test.

8. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories, dated December 13, 2016.

9. Attached hereto as Exhibit 5 is a true and correct copy of an email from Shea Palavan to me, received January 6, 2017 at 9:58 pm. The attachments are not included as part of exhibit 5.

10. Attached hereto as Exhibit 6 is Exhibit 20 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

11. Attached hereto as Exhibit 7 is Exhibit 21 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

12. Attached hereto as Exhibit 8 is Exhibit 22 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

13. Attached hereto as Exhibit 9 is Exhibit 23 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

14. Attached hereto as Exhibit 10 is Exhibit 24 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

15. Attached hereto as Exhibit 11 is Exhibit 25 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

16. Attached hereto as Exhibit 12 is Exhibit 39 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

17. Attached hereto as Exhibit 13 is Exhibit 52 to Expert Report of Dr. Raymond K. Yee, Ph.D., P.E. Concerning Invalidity of U.S. Patents Nos. RE36,978 and 8,102,331, dated January 6, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2017, at San Jose, California

By: ___/s/ Andrew T. Oliver_____
       Andrew T. Oliver

Page 3 - DECLARATION OF ANDREW T. OLIVER RE ECF NO. 101