**Jacob S. Gill,** OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840

**Jenny W. Chen** (admitted *pro hac vice*)
Email: Jenny.Chen@ChenIPLaw.com
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358
Rueiguang Road
Neihu District,  Taipei City  114
Taiwan (R.O.C.)
Telephone:  (886)-2-7721-8855
Facsimile:   (886)-2-7721-8822

**Andrew T. Oliver**   (admitted *pro hac vice)*
Email: aoliver@ATWiplaw.com
AMIN, TUROCY & WATSON, LLP
160 West Santa Clara Street, Suite 975
San Jose, California 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., | Case No. 3:16-CV-01510-SI |
| Plaintiff, | **SUPPLEMENTAL TABLE OF AUTHORITIES TO DEFENDANT PLANAR SYSTEMS, INC.'S OPPOSITION TO MASS'S MOTION TO EXCLUDE CERTAIN INVALIDITY OPINIONS OF PLANAR'S EXPERT RAYMOND YEE** |
| v. | |
| PLANAR SYSTEMS, INC., | |
| Defendant. | |

# TABLE OF AUTHORITIES

**Cases**

*Baltimore Aircoil Co., Inc. v. SPX Cooling Technologies, Inc.*
   2016 U.S. Dist. LEXIS 111934 (D. Md. Aug. 22, 2016) .................................................... 20, 21

*BK Lighting, Inc. v. Vision3 Lighting*
   930 F. Supp. 2d 1102 (C.D. Cal. 2013) ............................................................... 16, 18, 19, 20

*Changzhou Kaidi Elec. Co. v. Okin America, Inc.*
   112 F. Supp. 3d 330 (D. Md. 2015) ........................................................................................ 21, 22

*Computer Acceleration Corp. v. Microsoft Corp.*
   503 F. Supp. 2d 819 (E.D. Tex. 2007) ..................................................................................... 16

*Good Tech. Corp. v. MobileIron, Inc.*
   no. 5:12-cv-5826-PSG, 2015 U.S. Dist. LEXIS 86725 .......................................................... 23

*Keranos, LLC v. Silicon Storage Tech., Inc.*
   797 F.3d 1025 (Fed. Cir. 2015) ................................................................................................ 17

*Key Pharma. v. Hercon Laboratories Corp.*
   161 F.3d 709 (Fed. Cir. 1998) ............................................................................................ 15, 23

*King Drug Co. of Florence, Inc. v. Cephalon, Inc.*
   2015 U.S. Dist. LEXIS 150151 (E.D. Pa. Nov. 5, 2015) ......................................................... 26

*McKesson Automation, Inc. v. Swisslog Italia S.P.A.*
   712 F. Supp. 2d 283 (D. Del. 2010) ......................................................................................... 26

*Metaswitch Networks Ltd. v. Genband US LLC*
   2016 U.S. Dist. LEXIS 28289 (E.D. Tex. Mar. 7, 2016) ......................................................... 27

*O2 Micro Int'l., Ltd. v. Monolithic Power Systems, Inc.*
   467 F.3d 1355 (Fed. Cir. 2006) ........................................................................................... 17, 22

*Peters v. Active Manufacturing Co.*
   129 U.S. 530 (1889) ............................................................................................... 2, 6, 15, 22

*Tinnus Enterprises, LLC v. Telebrands Corp.*
   846 F.3d 1190 (Fed. Cir. 2017) .......................................................................................... 15, 23

Woods v. DeAngelo Marine Exhaust, Inc.
   692 F.3d 1272 (Fed.Cir.2012) .................................................................................................. 19

**Other Authorities**

Merriam-Webster
   https://www.merriam-webster.com/dictionary/equilibrium (May 9, 2017) ............................ 25

**Rules**

Patent L.R. 3-1 (Mar. 18, 2013) ..................................................................................................... 5

DATED this 10th day of May, 2017.

        STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

        By: s/Jacob S. Gill
          **Jacob S. Gill,** OSB No. 033238

        209 SW Oak Street, Suite 500
        Portland, OR 97204
        Telephone:  (503) 227-1600
        Facsimile:  (503) 227-6840
        Email:  jgill@stollberne.com

        -And-

        **Jenny W. Chen** (admitted *pro hac vice*)
        Email: Jenny.Chen@ChenIPLaw.com
        CHEN IP LAW GROUP
        7F, N0. 1, Alley 30, Lane 358
        Rueiguang Road
        Neihu District,  Taipei City  114
        Taiwan (R.O.C.)
        Telephone:  +(886)-2-7721-8855
        Facsimile:   +(886)-2.-7721-8822

        **Andrew T. Oliver**  (admitted *pro hac vice*)
        Email: aoliver@ATWiplaw.com
        AMIN, TUROCY & WATSON, LLP
        160 West Santa Clara Street, Suite 975
        San Jose, California 95113
        Telephone: (650) 618-6481
        Facsimile:  (216) 696-8731

        **Attorneys for Defendant**

PAGE 2 -  **SUPPLEMENTAL TABLE OF AUTHORITIES TO DEFENDANT PLANAR SYSTEMS, INC.'S OPPOSITION TO MASS'S MOTION TO EXCLUDE CERTAIN INVALIDITY OPINIONS OF PLANAR'S EXPERT RAYMOND**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840