John Mansfield, OSB No. 055390
john@harrisbricken.com
**HARRIS BRICKEN, LLP**
511 SW 11th St., Suite 201
Portland, Oregon 97214
tel: (503) 207-7313

Stephen F. Schlather (*pro hac vice*)
  sschlather@ip-lit.com
John J. Edmonds (*pro hac vice*)
  jedmonds@ip-lit.com
Shea N. Palavan (*pro hac vice*)
  spalavan@ip-lit.com
Brandon G. Moore (*pro hac vice*)
  bmoore@ip-lit.com
**COLLINS, EDMONDS, SCHLATHER & TOWER PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
(713) 364-2371

Attorneys for Plaintiff,
Mass Engineered Design, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **MASS ENGINEERED DESIGN, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **PLANAR SYSTEMS, INC.**, <br><br> Defendant. | Case No.: 3:16-cv-01510-SI <br><br> **MASS'S AMENDED OBJECTIONS TO PLANAR'S TRIAL EXHIBIT LIST** <br><br> **[FILED UNDER SEAL]** |

Plaintiff, Mass Engineered Design, Inc. (collectively "Mass"), respectfully submits its Amended Objections to Defendant's Trial Exhibit List, as follows:

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 401 | Exhibit 1 to January 1, 2017 Report of Dr. Raymond Yee (CV) | 802 and cumulative of testimony needed to qualify the witness as expert |
| 402 | Exhibit 2 to January 1, 2017 Report of Dr. Raymond Yee (Materials considered) | 802 and cumulative of expected testimony |
| 403 | Exhibit 3 to January 1, 2017 Report of Dr. Raymond Yee (978 patent) | None (but duplicative of JX1) |
| 404 | Exhibit 4 to January 1, 2017 Report of Dr. Raymond Yee (331 patent) | None (but duplicative of JX2) |
| 405 | Exhibit 5 to January 1, 2017 Report of Dr. Raymond Yee (Markman Order) | 402; 403 |
| 406 | Exhibit 6 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (including because Planar has indicated that it "may" decide to present less than all of its prior art to the jury, to the extent Planar's expert does not testify about or otherwise sponsor a particular piece of purported prior art, such documents would not be relevant, and they would be unfairly prejudicial, including in terms of Mass being ambushed during trial with the prior art that Planar actually intends to rely upon, and in terms of being confusing and/or misleading to the jury.) |
| 407 | Exhibit 7 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (*see* above re Ex. 406) |
| 408 | Exhibit 8 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (*see* above re Ex. 406) |
| 409 | Exhibit 9 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (*see* above re Ex. 406) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 410 | Exhibit 10 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (*see* above re Ex. 406) |
| 411 | Exhibit 11 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (see above re Ex. 406 |
| 412 | Exhibit 12 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (see above re Ex. 406) |
| 413 | Exhibit 13 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (see above re Ex. 406) |
| 414 | Exhibit 14 to January 1, 2017 Report of Dr. Raymond Yee (invalidity chart from Report) | 802; 901; 402; 403 (see above re Ex. 406) |
| 415 | Exhibit 15 to January 1, 2017 Report of Dr. Raymond Yee (103 published application) | 802; 901; 402; 403 (see above re Ex. 406) |
| 416 | Exhibit 16 to January 1, 2017 Report of Dr. Raymond Yee (103 patent) | 901; 402; 403 (see above re Ex. 406) |
| 417 | Exhibit 17 to January 1, 2017 Report of Dr. Raymond Yee (PCT app for 103 patent) | 901; 402; 403 (see above re Ex. 406) |
| 418 | Exhibit 18 to January 1, 2017 Report of Dr. Raymond Yee (Leveridge 328) | 901; 402; 403 (see above re Ex. 406) |
| 419 | Exhibit 19 to January 1, 2017 Report of Dr. Raymond Yee (Moscovitch 939) | 402; 403 (see above re Ex. 406) |
| 420 | Exhibit 20 to January 1, 2017 Report of Dr. Raymond Yee (Erogotron catalog) | 402; 403 (see above re Ex. 406) |
| 421 | Exhibit 21 to January 1, 2017 Report of Dr. Raymond Yee (TW 215) | 901; 402; 403 (see above re Ex. 406) |
| 422 | Exhibit 22 to January 1, 2017 Report of Dr. Raymond Yee (Moore 457) | 901; 402; 403 (see above re Ex. 406) |
| 423 | Exhibit 23 to January 1, 2017 Report of Dr. Raymond Yee (Case 566) | 901; 402; 403 (see above re Ex. 406) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 424 | Exhibit 24 to January 1, 2017 Report of Dr. Raymond Yee (Manas 381) | 901; 402; 403 (see above re Ex. 406) |
| 425 | Exhibit 25 to January 1, 2017 Report of Dr. Raymond Yee (Yu 258) | 901; 402; 403 (see above re Ex. 406) |
| 426 | Exhibit 26 to January 1, 2017 Report of Dr. Raymond Yee (Ohishi 153) | 901; 402; 403 (see above re Ex. 406) |
| 427 | Exhibit 27 to January 1, 2017 Report of Dr. Raymond Yee (Jingu 127) | 901; 402; 403 (see above re Ex. 406) |
| 428 | Exhibit 28 to January 1, 2017 Report of Dr. Raymond Yee (742 provisional) | 901; 402; 403 (see above re Ex. 406) |
| 429 | Exhibit 29 to January 1, 2017 Report of Dr. Raymond Yee (Maher 337) | 901; 402; 403 (see above re Ex. 406) |
| 430 | Exhibit 30 to January 1, 2017 Report of Dr. Raymond Yee (Translation of TW 215) | 901; 802; 402; 403 (see above re Ex. 406) |
| 431 | Exhibit 31 to January 1, 2017 Report of Dr. Raymond Yee (Weider 492) | 901; 402; 403 (see above re Ex. 406) |
| 432 | Exhibit 32 to January 1, 2017 Report of Dr. Raymond Yee (Barchus 663) | 901; 402; 403 (see above re Ex. 406) |
| 433 | Exhibit 33 to January 1, 2017 Report of Dr. Raymond Yee (Rutstrom 279) | 901; 402; 403 (see above re Ex. 406) |
| 434 | Exhibit 34 to January 1, 2017 Report of Dr. Raymond Yee (Niemann 424) | 901; 402; 403 (see above re Ex. 406) |
| 435 | Exhibit 35 to January 1, 2017 Report of Dr. Raymond Yee (Carnevali 885) | 901; 402; 403 (see above re Ex. 406) |
| 436 | Exhibit 36 to January 1, 2017 Report of Dr. Raymond Yee (Kasper 638) | 901; 402; 403 (see above re Ex. 4060 |
| 437 | Exhibit 37 to January 1, 2017 Report of Dr. Raymond Yee (Pederson 104) | 901; 402; 403 (see above re Ex. 406) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 438 | Exhibit 38 to January 1, 2017 Report of Dr. Raymond Yee (Brandenberg 334) | 901; 402; 403 (see above re Ex. 406) |
| 439 | Exhibit 39 to January 1, 2017 Report of Dr. Raymond Yee (JP 295) | 901; 802; 402; 403 (see above re Ex. 406) |
| 440 | Exhibit 40 to January 1, 2017 Report of Dr. Raymond Yee (Hardman 297) | 901; 402; 403 (see above re Ex. 406) |
| 441 | Exhibit 41 to January 1, 2017 Report of Dr. Raymond Yee (Carfo 790) | 901; 402; 403 (see above re Ex. 406) |
| 442 | Exhibit 42 to January 1, 2017 Report of Dr. Raymond Yee (Anderson 784) | 901; 402; 403 (see above re Ex. 406) |
| 443 | Exhibit 43 to January 1, 2017 Report of Dr. Raymond Yee (King 539) | 901; 402; 403 (see above re Ex. 406) |
| 444 | Exhibit 44 to January 1, 2017 Report of Dr. Raymond Yee (Sharp radios over the years) | 901; 802; 402; 403 (see above re Ex. 406) |
| 445 | Exhibit 45 to January 1, 2017 Report of Dr. Raymond Yee (Popular Science Nov. 1994) | 901; 802; 402; 403 (see above re Ex. 406) |
| 446 | Exhibit 46 to January 1, 2017 Report of Dr. Raymond Yee (PC Magazine Nov. 1995) | 901; 802; 402; 403 (see above re Ex. 406) |
| 447 | Exhibit 47 to January 1, 2017 Report of Dr. Raymond Yee (Reexam FH) | 901; 402; 403 |
| 448 | Exhibit 48 to January 1, 2017 Report of Dr. Raymond Yee (Reexam FH) | 901; 402; 403 |
| 449 | Exhibit 49 to January 1, 2017 Report of Dr. Raymond Yee (Amendment Remarks from Reexam) | 901; 402; 403 |
| 450 | Exhibit 50 to January 1, 2017 Report of Dr. Raymond Yee (Mayer Provisional) | 901; 402; 403; 702 (no expert analysis) |
| 451 | Exhibit 51 to January 1, 2017 Report of Dr. Raymond Yee (331 FH) | None (duplicative of JX 3) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 452 | Exhibit 52 to January 1, 2017 Report of Dr. Raymond Yee (English trans of JP 295) | 901; 802; 402; 403 (see above re Ex. 406) |
| 453 | Exhibit 53 to January 1, 2017 Report of Dr. Raymond Yee (Ergotron) | 402; 403 (see above re Ex. 406) |
| 454 | Exhibit 54 to January 1, 2017 Report of Dr. Raymond Yee (Ergotron) | 402; 403 (see above re Ex. 406) |
| 455 | Exhibit 55 to January 1, 2017 Report of Dr. Raymond Yee (Ergotron) | 402; 403 (see above re Ex. 406) |
| 456 | Exhibit 56 to January 1, 2017 Report of Dr. Raymond Yee (Ergotron) | 402; 403 (see above re Ex. 406) |
| 457 | Exhibit 57 to January 1, 2017 Report of Dr. Raymond Yee (Ergotron) | 402; 403 (see above re Ex. 406) |
| 458 | Exhibit 58 to January 1, 2017 Report of Dr. Raymond Yee (Sweere 687) | 901; 402; 403 (see above re Ex. 406) |
| 459 | Exhibit 59 to January 1, 2017 Report of Dr. Raymond Yee (Sweere 478) | 901; 402; 403 (see above re Ex. 406) |
| 460 | Exhibit 60 to January 1, 2017 Report of Dr. Raymond Yee (Sweere 316) | 901; 402; 403 (see above re Ex. 406) |
| 461 | Image at paragraph 57 of January 1, 2017 Report of Dr. Raymond Yee (bank pin and rear view mirror) | 901; 402; 403 (see above re Ex. 406) |
| 462 | Tab 1 to January 27, 2017 Report of Brett Reed (CV) | 802 and cumulative of testimony needed to qualify the witness as expert |
| 463 | Tab 2 to January 27, 2017 Report of Brett Reed (docs considered) | 802 and cumulative of expected testimony |
| 464 | Tab 3 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 465 | Tab 4 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 466 | Tab 5 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 467 | Tab 6 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 468 | Tab 7 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 469 | Tab 8 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 470 | Tab 9 to January 27, 2017 Report of Brett Reed (spreadsheet with calcs) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 471 | Tab 10 to January 27, 2017 Report of Brett Reed (TW exchange rates) | 901 and pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 472 | Tab 11 to January 27, 2017 Report of Brett Reed (Reddit) | 901; 802; 402; 403 |
| 473 | Tab 12 to January 27, 2017 Report of Brett Reed (Chief and Planar packaging) | 802; 402; 403 |
| 474 | Tab 13 to January 27, 2017 Report of Brett Reed | 901; 802 |
| 475 | Tab R1 to January 27, 2017 Report of Brett Reed (summary of Fellowes payments) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 476 | Tab R2 to January 27, 2017 Report of Brett Reed (summary of Milestone/chief payments) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 477 | Tab R3 to January 27, 2017 Report of Brett Reed (summary of Modernsolids payments) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 478 | Tab R4 to January 27, 2017 Report of Brett Reed (summary of Rightangle payments) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 479 | Tab R5 to January 27, 2017 Report of Brett Reed (summary of Steelcase) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 480 | Tab R6 to January 27, 2017 Report of Brett Reed (summary of K&V/Waterloo) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 481 | Tab R7 to January 27, 2017 Report of Brett Reed (summary of Workrite) | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 482 | Table 1 from January 27, 2017 Report of Brett Reed (331 redesign costs) | 702; 802; 402; 403 |
| 483 | Table 2 from January 27, 2017 Report of Brett Reed (978 redesign costs) | 702; 802; 402; 403 |
| 484 | Table 3 from January 27, 2017 Report of Brett Reed (summary of reasonable royalty rates and damages) | 702; 802; 402; 403 |
| 485 | Table 4 from January 27, 2017 Report of Brett Reed (summary of reasonable royalty rates and damages) | 702; 802; 402; 403 |
| 486 | Figure 2 from January 27, 2017 Report of Brett Reed | Pursuant to FRE 1006, Mass requests identification of and access to the purported voluminous writings that are summarized in this chart |
| 487 | Exhibit 1 to January 27, 2017 Report of Dr. Raymond Yee (CV) | 802 and cumulative of testimony needed to qualify the witness as expert |
| 488 | Exhibit 2 to January 27, 2017 Report of Dr. Raymond Yee (materials considered) | 802 and cumulative of expected testimony |
| 489 | Exhibit 3 to January 27, 2017 Report of Dr. Raymond Yee (978 patent) | None (but duplicate) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 490 | Exhibit 4 to January 27, 2017 Report of Dr. Raymond Yee (331 patent) | None (but duplicate) |
| 491 | Exhibit 5 to January 27, 2017 Report of Dr. Raymond Yee (Markman order) | 402; 403 (also duplicate) |
| 492 | Exhibit 15 to January 27, 2017 Report of Dr. Raymond Yee (Moscovitch 376 publication of 103) | 901; 402; 403 (see above re Ex. 406) (also duplicate) |
| 493 | Exhibit 16 to January 27, 2017 Report of Dr. Raymond Yee (103 patent) | 901; 402; 403 (see above re Ex. 406) (duplicate) |
| 494 | Exhibit 17 to January 27, 2017 Report of Dr. Raymond Yee (493 WO publication) | 901; 402; 403 (see above re Ex. 406) (duplicate) |
| 495 | Exhibit 28 to January 27, 2017 Report of Dr. Raymond Yee (742 provisional) | 901; 402; 403 (duplicate) |
| 496 | Exhibit 47 to January 27, 2017 Report of Dr. Raymond Yee (reexam FH) | 901; 402; 403 (duplicate) |
| 497 | Exhibit 48 to January 27, 2017 Report of Dr. Raymond Yee (reexam FH) | 901; 402; 403 (duplicate) |
| 498 | Exhibit 49 to January 27, 2017 Report of Dr. Raymond Yee (amendment and remarks) | 901; 402; 403 (duplicate) |
| 499 | Exhibit 50 to January 27, 2017 Report of Dr. Raymond Yee (Maher provisional) | 901; 402; 403 (see above re Ex. 406) (duplicate) |
| 500 | Exhibit 51 to January 27, 2017 Report of Dr. Raymond Yee (331 FH) | None |
| 501 | Exhibit 331 to January 27, 2017 Report of Dr. Raymond Yee (non-infringement chart for 331) | 802; 402; 403 |
| 502 | Exhibit 978 to January 27, 2017 Report of Dr. Raymond Yee (non-infringement chart for 978) | 802; 402; 403 |
| 503 | Exhibit Experiment to January 27, 2017 Report of Dr. Raymond Yee (pictures from Yee Report) | 901; 1002 |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 504 | Exhibit Google to January 27, 2017 Report of Dr. Raymond Yee (google images) | 901; 802; 402; 403 |
| 505 | Exhibit K3 to January 27, 2017 Report of Dr. Raymond Yee (installation instructions from Chief) | 901; 802; 402; 403 |
| 506 | Exhibit Stands to January 27, 2017 Report of Dr. Raymond Yee | 901; 402; 403 |
| 507 | Photo at paragraph 42 of January 27, 2017 Report of Dr. Raymond Yee | None |
| 508 | Physical Exhibit: disassembled joint shown in previous exhibit | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 509 | Images at paragraph 82 of January 27, 2017 Report of Dr. Raymond Yee | 901; 802 |
| 510 | PLANAR003713 | 901; 802; 402; 403 |
| 511 | Translation of previous exhibit | 901; 802. Further, it does not appear that the document for which this is purportedly a "placeholder" was produced during discovery and Mass objects on that basis. Mass reserves additional objections for such time as the exhibit is actually provided to Mass. |
| 512 | PLANAR003714 | 901; 802; 402; 403 |
| 513 | Translation of previous exhibit | 901; 802. Further, it does not appear that the document for which this is purportedly a "placeholder" was produced during discovery and Mass objects on that basis. Mass reserves additional objections for such time as the exhibit is actually provided to Mass. |
| 514 | PLANAR003715 | 901; 802; 402; 403 |
| 515 | Translation of previous exhibit | 901; 802. Further, it does not appear that the document for which this is purportedly a "placeholder" was |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| | | produced during discovery and Mass objects on that basis. Mass reserves additional objections for such time as the exhibit is actually provided to Mass. |
| 516 | PLANAR003716 | 901; 802; 402; 403 |
| 517 | Translation of previous exhibit | 901; 802. Further, it does not appear that the document for which this is purportedly a "placeholder" was produced during discovery and Mass objects on that basis. Mass reserves additional objections for such time as the exhibit is actually provided to Mass. |
| 518 | Chief Manufacturing Video referenced at paragraph 103 of January 27, 2017 Report of Dr. Raymond Yee | 901; 802; 402; 403. Further, it does not appear that this purported video was produced during discovery and Mass objects on that basis. |
| 519 | PLANAR003769-70 | None |
| 520 | Physical Exhibit: first stand shown at paragraph 134 of January 27, 2017 Report of Dr. Raymond Yee | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 521 | Physical Exhibit: second stand shown at paragraph 134 of January 27, 2017 Report of Dr. Raymond Yee | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 522 | Physical Exhibit: third stand shown at paragraph 134 of January 27, 2017 Report of Dr. Raymond Yee | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |

| **Exhibit Number** | **Exhibit Description** | **Mass's Objections** |
|---|---|---|
| 523 | Physical Exhibit: fourth stand shown at paragraph 134 of January 27, 2017 Report of Dr. Raymond Yee | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 524 | Exhibit 102 from Moscovitch and Waraksa depositions (labeled M140033- M140218) | None (but duplicative) |
| 525 | Exhibt 132 from Waraksa deposition (U.S. Pat. No. 5,687,939) | None (but duplicative) |
| 526 | Physical Exhibit: Dual Monitor Stand and box | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 527 | Physical Exhibit: Dual Monitor Stand manual | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 528 | Physical Exhibit: Triple Monitor Stand and box | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 529 | Physical Exhibit: Triple Monitor Stand manual | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 530 | Physical Exhibit: Quad Monitor Stand and box | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial. Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 531 | Physical Exhibit: Quad Monitor Stand manual | Mass has not seen this physical exhibit and will need to review it for |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| | | completeness and accuracy for the time of trial.  Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 532 | Physical Exhibit: Large Format Dual Monitor Stand and box | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial.  Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 533 | Physical Exhibit: Large Format Dual Monitor Stand manual | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial.  Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| 534 | Physical Exhibit: Ergotron monitor stand | 901; 402; 403.  Further, it does not appear that this purported video was produced during discovery and Mass objects on that basis. |
| 535 | PLANAR000013-PLANAR000020 (Planar drawings) | None |
| 536 | PLANAR000026-PLANAR000028 (Planar drawings) | None |
| 537 | PLANAR000763-PLANAR000774 (Planar drawings) | 402; 403; 701 (would involve improper lay testimony); 702 (no expert analysis); |
| 538 | PLANAR003794 (Attestation for (translation of JP 357) | 901; 802; 402; 403 |
| 539 | PLANAR003795-PLANAR003799 (translation of JP 357) | 901; 802; 402; 403 |
| 540 | PLANAR003800-PLANAR003807 (Highgrade design patent) | 901; 702; 402; 403 |
| 541 | PLANAR003745-PLANAR003748 (TW 215) | 901; 402; 403 (see above re Ex. 406) |
| 542 | PLANAR003749-PLANAR003750 (TW 215 trans) | 901; 802; 402; 403 (see above re Ex. 406) |
| 543 | PLANAR003751-PLANAR003756 (JP) | 901; 802; 402; 403 (see above re Ex. 406) (and duplicate of 439) |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 544 | PLANAR003757 (trans statement) | 901; 802; 402; 403 (see above re Ex. 406) |
| 545 | PLANAR003758-PLANAR003766 (transl of JP 295) | 901; 802; 402; 403 (see above re Ex. 406) (and duplicate of 452) |
| 546 | PLANAR003773-PLANAR003780 (pictures of stands with Chinese writing) | 901; 402; 403 |
| 547 | Exhibit 1 to April 4, 2017 Report of Frank Bernstein (CV) | 802 and cumulative of testimony needed to qualify the witness as expert |
| 548 | Exhibit 2 to April 4, 2017 Report of Frank Bernstein (materials considered) | 802 and cumulative of expected testimony |
| 549 | PLANAR003712 (estimated commissions) | 901; 802; 402; 403 |
| 550 | Patent 5,687,939 | None (and duplicative) |
| 551 | 2017-04-19 (106-3) Planar Exhibit 3 - Original Complaint.pdf (9X Complaint) | None |
| 552 | 2017-04-19 (106-4) Planar Exhibit 4 - Notice of Compliance.pdf | 402; 403; Planar improperly attempting to contradict Rule 30(b)(6) testimony on willfulness |
| 553 | 2017-04-19 (106-6) Planar Exhibit 6 - Stipulation of Dismissal.pdf | None |
| 554 | 2017-05-19 (153-1) Exhibit 15.pdf | 901; 1002 |
| 555 | 2017-05-19 (153-2) Exhibit 16.pdf | 901; 1002 |
| 556 | 2017-05-19 (153-3) Exhibit 17.pdf | 901; 1002 |
| 557 | Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories, dated December 13, 2016 | 402; 403 |
| 558 | manual for Dual Monitor Stand and Quad Monitor Stand products, bearing production numbers PLANAR003769-3770 | None |
| 559 | Planar's Installation Manual for the Large Format Dual Monitor Stand, which has been identified as production number PLANAR003645 | None |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| 560 | Planar's Installation Manual for Dual Monitor Stand and Quad Monitor Stand, bearing production numbers PLANAR003648-3649 | None |
| 561 | Planar's Triple Monitor Stand Installation Manual / Instruction Manual, bearing production numbers PLANAR003767-3768 | None |
| 562 | photograph of the base plate of one of Planar's Large Format Dual Monitor Stands, with one arm laid across it to show the relative dimensions of the two components, bearing production number PLANAR000692 | 901; 402; 403; 1002 |
| 563 | photograph of several components of Planar's Large Format Dual Monitor Stand in the manner in which they are arranged for shipping, labeled with production number PLANAR000690 | 901; 1002 |
| 564 | prosecution file history of U.S. Patent Application Serial No. 08/638,158, bearing production numbers M140220 – M140302, indicating that it was produced by Mass Engineered Design, Inc. (939 FH) | None |
| 565 | prosecution file history of U.S. Reissue Patent Application Serial No. 09/172,193, bearing production numbers M140033 – M140218, indicating that it was produced by Mass Engineered Design, Inc. | 901; 402; 403 |
| 566 | excerpts from the file history of U.S. Pat. App. Serial No. 10/129,884, which led to the issuance of U.S. Patent No. 8,102,331. | 901; 402; 403 |
| 567 | Declaration of Jerry Moscovitch in Support of Plaintiff's Opening | 402; 403 |

| Exhibit Number | Exhibit Description | Mass's Objections |
|---|---|---|
| | Claim Construction Brief, dated March 2, 2015, and filed March 11, 2015 as ECF No. 74-2 in this case | |
| 568 | transcript of the deposition of Mr. Jerry Moscovitch, taken in this case on December 14, 2016 | 802; 402; 403 |
| 569 | excerpts of Exhibit 122 to the deposition of Mr. Jerry (742FH) Moscovitch, taken in this case on December 14, 2016 | 106; 901; 402; 403 |
| 570 | search results of a search that I performed on www.google.com, for the terms "length width height", on April 13, 2017. For the sake of brevity, only the first three pages of search results are reproduced in this exhibit | 901; 402; 403; 701; 702 |
| 571 | search results of a search that I performed on www.google.com, for the terms "length width depth", on April 13, 2017. For the sake of brevity, only the first three pages of search results are reproduced in this exhibit | 901; 402; 403; 701; 702 |
| 572 | Mass's Responses to Planar's First Set of Requests for Admission, dated Dec. 21, 2016 | 402; 403.  Further, denials of RFAs are not admissible. |
| | | |
| TBD | Impeachment Exhibits | Mass has not seen this physical exhibit and will need to review it for completeness and accuracy for the time of trial.  Mass reserves its objections for such time as the exhibit is actually provided to Mass. |
| | | |

| | |
|---|---|
| Dated this August 1, 2017 | */s/ Stephen F. Schlather*<br>John Mansfield, OSB No. 055390<br>**HARRIS BRICKEN, LLP**<br>121 SW Morrison Ave., Suite 400<br>Portland, OR 97204<br>971.271.8615<br>john@harrisbricken.com<br><br>Stephen F. Schlather (pro hac vice)<br>sschlather@ip-lit.com<br>John J. Edmonds (pro hac vice)<br>jedmonds@ip-lit.com<br>Shea N. Palavan (pro hac vice)<br>spalavan@ip-lit.com<br>Brandon G. Moore (pro hac vice)<br>bmoore@ip-lit.com<br>**COLLINS EDMONDS SCHLATHER & TOWER, PLLC**<br>1616 South Voss Road, Suite 125<br>Houston, Texas 77057<br>713.364.2371<br><br>Attorneys for Plaintiff<br>Mass Engineered Design, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017 I filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to all attorneys of record.

*/s/ Stephen F. Schlather*
Stephen F. Schlather