| Date | Agreement Title | Licensor(s) | Licensee(s) | Licensed Technology | Scope | Up-Front Fee | Royalty Base | Royalty Rate | Term | Additional Information | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2008 | Term Sheet | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Eizo Nanao Technologies, Inc.("Eizo") | U.S. Reissue Patent No. RE36,978 | Mass granted Eizo a non-exclusive, worldwide, fully paid up license without the right to sub-license. | None | Per Unit (consisting of 17 units) | $375 | From the effective date until the expiration of the licensed patent. | Mass released Eizo from any past damages or infringement related to the manufacture or sale of licensed units. This agreement was a settlement of the Texas Litigation. | MASS-SETTLE000079 - 0081 |
| 3/31/2008 | Settlement Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Peerless Industries, Inc. ("Peerless") | U.S. Reissue Patent No. RE36,978 | Mass granted Peerless a non-exclusive, worldwide, fully paid up license without the right to sub-license. | None | Per unit (consisting of 454 units) | $200 | From the effective date until the expiration of the licensed patent. | Mass released CDW Corporation, Tech Data Corporation, Ingram Micro, Inc., and Synnex Corporation from claims related to the licensed units. Peerless was named third-party defendant in then pending litigation by way of third-party complaint filed by Defendant CDW Corporation seeking indemnification. This agreement was a settlement of the Texas Litigation. | MASS-SETTLE000138 - 0183 |
| 4/1/2008 | License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | DoubleSight Displays, LLC ("DoubleSight") | U.S. Reissue Patent No. RE36,978 | Mass granted DoubleSight a non-exclusive, worldwide, fully paid up license without the right to sublicense. | None | Per Unit (consisting of 122 units) | $200 | From the effective date until the expiration of the licensed patent. | Mass released CDW Corporation and Global Marketing Partners from claims related to the licensed units. DoubleSight was named third-party defendant in then pending litigation by way of third-party complaint filed by Defendant CDW Corporation seeking indemnification. This agreement was a settlement of the Texas Litigation. | MASS-SETTLE000055 - 0078 |
| 6/17/2008 | Term Sheet | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Bretford Manufacturing, Inc. ("Bretford") | U.S. Reissue Patent No. RE36,978 | Mass granted Bretford a non-exclusive, worldwide, fully paid up license, without the right to sublicense, under the licensed patent. | $52,000, which was creditable against the royalty | Per Unit | The lesser of $200 and the average per unit settlement amount, but which in no event would be less than $125 per licensed unit | From the effective date until the expiration of the licensed patent. | Royalty was contingent on settlement with all outstanding parties before the case ended. .Mass released Bretford from any past damages or infringement related to the manufacture or sale of licensed units. Bretford agreed to stop selling certain product models, and to pay $400 per unit liquidated damages to Mass Engineering for any sales of those products after the effective date of the agreement. Mass agreed to release Dell, CDW, and Tech Data | MASS-SETTLE000001 - 0005 |

PLAINTIFF'S TRIAL EXHIBIT

90

Case No. 3:16-cv-01510-SI

exhibitsticker.com

1

| Date | Agreement Title | Licensor(s) | Licensee(s) | Licensed Technology | Scope | Up-Front Fee | Royalty Base | Royalty Rate | Term | Additional Information | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | with respect to the licensed units. This agreement was a settlement of the Texas Litigation. |  |
| 6/23/2008 | Term Sheet | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Moview, Inc. ("Moview") | U.S. Reissue Patent No. RE36,978 | Mass granted Moview a non-exclusive, worldwide, fully paid up license without the right to sub-license. | $140,200 | N/A | N/A | From the effective date until the expiration of the licensed patent. | Mass released Moview from any past damages or infringement related to the manufacture or sale of licensed units. The parties agreed that they would not bring any lawsuit against the other party for at least 2 years following the end of the jury trial or the close of the litigation in the event that there was no jury trial. License was for 674 items specifically identified in Exhibit A. As such, the effective per unit royalty was $208 [$140,200 ÷ 674 = $208]. This agreement was a settlement of the Texas Litigation. | MASS-SETTLE000130 - 0137 |
| 11/4/2008 | Term Sheet | Mass Engineered and Jerry Moscovitch (collectively "Mass") | CSAV, Inc. n/k/a Milestone AV Technologies, LLC ("CSAV") | U.S. Reissue Patent No. RE36,978 | Mass granted CSAV a non-exclusive, worldwide, fully paid up license without the right to sub-license. | $900,000 | N/A | N/A | From the effective date until the expiration of the licensed patent. | Mass released CSAV from claims related to the licensed units. The parties agreed on a fully paid up license ($900,000) except for additional consideration for future sales. Litigation was pending in the Eastern District of Texas, 2:06-cv-00272. For future sales, Mass and CSAV were to individually submit a royalty rate to the Court. The Court would choose either royalty rate and the decision would be non-appealable. However, if the Court chooses Mass's royalty rate, CSAV must pay a $100,000 lump sum in addition to the royalty rate. | MASS-SETTLE000052 - 054 |
| 6/5/2009 | Binding Settlement Term Sheet | Mass Engineered and Jerry Moscovitch (collectively "Plaintiffs") | Ergotron, Inc., Dell Inc., Dell Marketing L.P. ("DMLP," and Dell Inc. and DMLP | U.S. Reissue Patent No. RE36,978 | Mass Engineered granted Defendants a non-exclusive, worldwide, fully paid up license | $3,000,000 | N/A | N/A | From the effective date until the expiration of the licensed patent. | Mass released Defendants from any past damages or infringement related to the manufacture or sale of licensed units. Dell granted Plaintiffs a license to U.S. Patent Nos. 5,590,021, 5,594,620, and | MASS-SETTLE000007 - 014 |

2

| Date | Agreement Title | Licensor(s) | Licensee(s) | Licensed Technology | Scope | Up-Front Fee | Royalty Base | Royalty Rate | Term | Additional Information | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | collectively "Dell"), CDW Corporation, and Tech Data Corporation (collectively "Defendants") | | without the right to sub-license. | | | | | 5,673,170 which were asserted in Dell's counter-claimsThis agreement was a settlement of the Texas Litigation. | |
| 6/30/2010 | Settlement Agreement And Covenant Not To Sue | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Custom Products and Services, Inc. ("CPSI") | U.S. Reissue Patent No. RE36,978 | Mass granted CPSI a non-exclusive, worldwide, fully paid up license without the right to sub-license. | $12,500 | N/A | N/A | From the effective date until the expiration of the licensed patent. | CPSI agreed to stop selling and making the Double Pole Bracket. Mass agrees not to sue CPSI for patent infringement regarding products listed in the Covered Products. This agreement was a settlement of the Eastern District of Texas Litigation, 2:09-cv-00358. | MASS-SETTLE000015 - 051 |
| 10/27/2010 | Nonexclusive Patent License Agreement | Mass Engineered ("Mass") and Jerry Moscovitch ("Moscovitch"), (collectively "Licensor") | Waterloo Furniture Components Limited d/b/a Compx Waterloo ("Licensee") | U.S. Reissue Patent No. RE36,978 and Canadian Patent No. 2,203,859 | Licensor granted Licensee a non-exclusive irrevocable license without the right to sub-license. | $30,392.05 (5.9% of total past sales) | Per Unit | 5.9% of Licensed Product sold every quarter with a minimum quarterly payment of $14,750 | From the effective date until the expiration of the licensed patent. | Licensee agreed to pay a 5.9% royalty rate on past sales and a 5.9% royalty on future sales with a minimum quarterly payment of $14,750. | MASS-SETTLE0000230 - 247 |
| 1/1/2011 | Settlement And Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | RightAngle Products/K&A Mfg. Inc. ("RightAngle") | U.S. Reissue Patent No. RE36,978 and Canadian Patent No. 2,203,859 | Mass granted Workrite a non-exclusive irrevocable license without the right to sub-license. | $9,989.87 (5.9% of total past sales) | 5 Per Unit | 5.9% of Licensed Product sold every quarter with a minimum quarterly payment of $14,750 | From the effective date until the expiration of the licensed patent. | RightAngle agreed to pay a 5.9% royalty rate on past sales and a 5.9% royalty on future sales with a minimum quarterly payment of $14,750. This agreement was a settlement and license resulting from the Eastern District of Texas Litigation, 2:09-cv-00358. | MASS-SETTLE000184 - 193 |
| 4/22/2011 | Settlement And Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Workrite Ergonomics, LLC (formerly Workrite Ergonomics, Inc.) ("Workrite") | U.S. Reissue Patent No. RE36,978 and Canadian Patent No. 2,203,859 | Mass granted Workrite a non-exclusive irrevocable license without the right to sub-license. | $80,539 (5.9% of total past sales) | Per Unit | 5.9% of Licensed Product sold every year with a minimum annual payment of $14,500 | From the effective date until the expiration of the licensed patent | Workrite agreed to pay a 5.9% royalty rate on past sales and a 5.9% royalty on future sales with a minimum annual payment of $14,500. This agreement was a settlement and license resulting from the Eastern District of Texas Litigation, 2:09-cv-00358. | MASS-SETTLE000254 - 266 |

| Date | Agreement Title | Licensor(s) | Licensee(s) | Licensed Technology | Scope | Up-Front Fee | Royalty Base | Royalty Rate | Term | Additional Information | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2011 | Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Fellowes, Inc. ("Fellowes") | U.S. Reissue Patent No. RE36,978 and Canadian Patent No. 2,203,859 | Mass granted Fellowes a non-exclusive irrevocable license without the right to sub-license. | N/A | Per Unit | 5.9% of Licensed Product sold every year with a minimum annual payment of $14,500 | From the effective date until the expiration of the licensed patent | Fellowes agreed to pay a 5.9% royalty on future sales with a minimum annual payment of $14,500. This agreement was a license resulting from the Eastern District of Texas Litigation. | MASS-SETTLE00092 - 100 |
| 2/18/2012 | Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | ModernSolid Industrial Co., Ltd. ("ModernSolid") | U.S. Reissue Patent No. RE36,978 and Canadian Patent No. 2,203,859 | Mass granted ModernSolid a non-exclusive irrevocable license without the right to sub-license. | $102,822 (5.9% of total past sales) | Per Unit | 5.9% of Licensed Product sold every year with a minimum annual payment of $14,500 | From the effective date until the expiration of the licensed patent | ModernSolid agreed to pay a 5.9% royalty rate on past sales and a 5.9% royalty on future sales with a minimum annual payment of $14,500. This agreement was a license resulting from the Eastern District of Texas Litigation, 2:09-cv-00358-TJW. | MASS-SETTLE000116 – 129; MASS-SETTLE000280 – 285 |
| 5/18/2012 | Settlement And License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Licensor") | Steelcase Inc. ("Licensee") | U.S. Reissue Patent Nos. RE36,978 and RE42,091 and U.S. Patent No. 7,594,823 and Canadian Patent No. 2,203,859 | Licensor granted Licensee a non-exclusive irrevocable license without the right to sub-license | $250,000 cash and $275,000 in Licensee's furniture credit at list price | Per Unit | 5.9% to be paid 2% in cash and 3.9% in furniture credit at Licensee's list price with a minimum annual payment of $15,000 | From the effective date until the expiration of the licensed patents | Licensee agreed to pay a lump sum of $250,000 cash and $275,000 in Licensee's furniture credit at list price and a 5.9% royalty on future sales with a minimum annual payment of $15,000. | MASS-SETTLE000205- MASS-SETTLE000229 |
| 1/22/2013 | Settlement Agreement | Mass Engineered and Jerry Moscovitch (collectively "Defendants") | SBFI North America ("Plaintiff") | U.S. Reissue Patent No. RE36,978 | Defendants and Plaintiff agreed to drop pending cases. | $0 | N/A | N/A | From the effective date until the expiration of the licensed patent | Defendants and Plaintiff agreed to dismiss lawsuits in the Eastern District of Texas, 2:09-cv-00358-JRG and the Western District of North Carolina 1:12-cv-00197-MR. Also, agreed on a covenant not to sue. | MASS-SETTLE000194 - 204 |
| 1/29/2014 | Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Mass") | Innovative Office Products, LLC ("IOP") | U.S. Reissue Patent Nos. RE36,978 and RE42,091 and U.S. Patent Nos.8,462,103 and 8,102,331 | Mass granted IOP a non-exclusive, worldwide, irrevocable license without the right to sub-license. | $550,000 | N/A | N/A | From the effective date until the expiration of the licensed patent | Mass released IOP from any past damages or infringement related to the manufacture or sale of licensed units. Parties agreed to drop all claims brought in litigation in the Eastern District of Virginia. | MASS-SETTLE000104 - 111 |

| Date | Agreement Title | Licensor(s) | Licensee(s) | Licensed Technology | Scope | Up-Front Fee | Royalty Base | Royalty Rate | Term | Additional Information | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/19/2014 | Mediated Settlement Agreement | Mass Engineered and Jerry Moscovitch (collectively "Defendants") | Humanscale Corporation ("Plaintiffs=") | N/A | N/A | $432,500 by April 18, 2014; $200,000 by April 18, 2015; and $185,000 by April 18, 2016; $60,000 in purchase credit at the list price | N/A | N/A | N/A | Defendants mediated with Plaintiff to form this agreement to settle a pending case in the Eastern District of Virginia, 1:13-cv-535. | MASS-SETTLE000277 - 279 |
| 3/4/2015 | Settlement And Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Licensor") | Herman Miller, Inc. ("Licensee") | U.S. Reissue Patent Nos. RE36,978 and RE42,091 and U.S. Patent Nos. 8,462,103, 5,687,939, 6,343,006, 8,102,331 | Licensor granted Licensee a non-exclusive, worldwide, non-transferable, fully paid up license, without the right to sub-license. | $425,000 | N/A | N/A | From the effective date until the expiration of the licensed patent | Licensor released Licensee from claims related to the licensed units. The parties agreed on a fully paid up license ($425,000). Litigation was pending in the Eastern District of Texas, 6:14-cv-431. | MASS-SETTLE000267 - 276 |
| 2/9/2016 | Settlement And Patent License Agreement | Mass Engineered and Jerry Moscovitch (collectively "Licensors") | Milestone AV Technologies LLC ("Lisensee or Milestone") | U.S. Reissue Patent Nos. RE36,978 and RE42,091 and U.S. Patent Nos. 8,462,103 and 8,102,331 | | $71,544 (5.9% of past sales) | Per Unit | 5.9% running royalty for '978 Patent and '331 Patent From November 1, 2015 through April 26, 2016 for products on Schedule A; 3.25% running royalty for the '331 Patent from April 27, 2016 through expiration of the patent for products on Schedule B; | From the effective date until the expiration of the licensed patent | Milestone agreed to pay a 5.9% royalty on past sales ($77,544) and a 5.9% royalty on future sales that steps down to 3.25% for products covered only by the '331 Patent. Litigation was pending in the Eastern District of Texas, 6:15-cv-570-RWS-KNM. | MASS-SETTLE000300 - 316 |