John Mansfield, OSB No. 055390
john@harrisbricken.com
HARRIS BRICKEN
121 SW Morrison St., Suite 400
Portland, Oregon 97204
tel: 971.271.8615

Stephen F. Schlather (*pro hac vice*)
John J. Edmonds (*pro hac vice*)
sschlather@ip-lit.com
jedmonds@ip-lit.com
COLLINS, EDMONDS & SCHLATHER PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
(713) 364-2371

Attorneys for Plaintiff,
MASS Engineered Design, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **MASS ENGINEERED DESIGN, INC.**, an Ontario, Canada LLC, <br><br> Plaintiff, <br><br> v. <br><br> **PLANAR SYSTEMS, INC.**, an Oregon corporation, <br><br> Defendant. | Case No.: 3:16-cv-01510-SI <br><br> **STIPULATION REGARDING PREJUDGMENT INTEREST** |

On September 11, 2018, the Court ordered that "The parties shall confer on the amount of prejudgment interest that should be included in the Court's judgment. If the parties cannot reach agreement on this amount after conferring in good faith, they may each submit their own proposed calculation of prejudgment interest not later than two weeks from the date of this Opinion and Order." (ECF No. 413, p. 6).

Pursuant to the Court's instructions (noted above), further to the Parties discussion and agreement, and without waiving their objections and right to appeal any or all of damages, liability, and/or interest, Mass Engineered Design, Inc. ("Mass") and Planar Systems, Inc. ("Planar") hereby AGREE and STIPULATE, for purposes of case no. 3:16-cv-1510-SI only, as follows:

1. If the Court's judgment is entered on or before November 1, 2018, the amount of prejudgment interest that should be included in the Court's judgment is TWO HUNDRED EIGHT THOUSAND THREE HUNDRED THIRTY DOLLARS ($208,330.00).

2. If the Court's judgment is entered on or after November 2, 2018, the prejudgment interest amount should be increased by ONE HUNDRED EIGHTY SIX DOLLARS ($186.00) for each day after November 1, 2018.

3. While Planar has stipulated to the amount of prejudgment interest, it has not stipulated to the correctness of the underlying calculations.

FURTHER, Planar states that this stipulation is made without waiver of its objections regarding prejudgment interest and without waiver of Planar's right to seek a new calculation

and determination of prejudgment interest if the liability determination and/or damages determination is altered in any manner in post-judgment briefing or upon appeal.

Dated: September 25, 2018

/s/ John J. Edmonds
John Mansfield, OSB No. 055390
MansfieldLaw
121 SW Morrison Ave., Suite 400
Portland, OR 97204
971.271.8615
john@mansfieldlaw.net

Stephen F. Schlather (*pro hac vice*)
John J. Edmonds (*pro hac vice*)
COLLINS, EDMONDS & PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
(713) 364-2371
sschlather@ip-lit.com
jedmonds@ip-lit.com

Attorneys for Plaintiff Mass Engineered Design, Inc.

By: /s/ Andrew T. Oliver

**Andrew T. Oliver** (admitted *pro hac vice*)

**Jacob S. Gill,** OSB No. 033238

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
Email:          jgill@stollberne.com

-And-

**Jenny W. Chen** (admitted *pro hac vice*)
Email: Jenny.Chen@ChenIPLaw.com
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358
Rueiguang Road
Neihu District, Taipei City  114
Taiwan (R.O.C.)
Telephone:  +(886)-2-7721-8855
Facsimile:   +(886)-2.-7721-8822

-And-

**Andrew T. Oliver**  (admitted *pro hac vice*)
Email: aoliver@ATWiplaw.com
AMIN, TUROCY & WATSON, LLP
160 West Santa Clara Street, Suite 975
San Jose, California 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

**Attorneys for Defendant Planar Systems, Inc.**